On appellant's petition for reconsideration filed March 10, reconsideration allowed; opinion (117 Or App 545, 843 P2d 1025) adhered to April 14, 1993

# STATE OF OREGON,
*Respondent,*

*v.*

# PATRICK HAROLD SMITH,
*Appellant.*

(10-91-06331; CA A72758)

849 P2d 565

Sally L. Avera, Public Defender, Salem, for petition.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

Defendant petitions for review of our decision, 117 Or App 545, 843 P2d 1025 (1992), contending that our decision to affirm the sentence is contrary to our holding in *State v. Harding*, 116 Or App 29, 840 P2d 113 (1992). We treat the petition as a petition for reconsideration. ORAP 9.15. We affirmed because defendant failed to preserve the error that he raises on appeal.

Reconsideration allowed; opinion adhered to.